FILED
CLERK, U.S. DISTRICT COURT

02/27/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IV _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN GARCIA,<br><br>Defendant. | Case No. 2:17-CR-000278-ODW-10<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On February 27, 2026, Defendant John Garcia made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on November 27, 2023.  Defendant submitted on the detention recommendation in the Pretrial Services Report.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

   ☒ allegations in the petition include failure to report to substance abuse treatment intake, continued to use methamphetamine and fentanyl, and failed to report a change of address.

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

   ☒ allegations in the petition as well as recent arrests while on supervision.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.


Dated: 02/27/2026

_Patricia Donahue_

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

2